196 So. 901

**E. E. ESTES v. STATE.**

**6 Div. 542.**

Court of Appeals of Alabama.
May 21, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

190 So. 921

**D. M. EVANS v. STATE.**

**8 Div. 879.**

Court of Appeals of Alabama.
June 13, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

197 So. 901

**George EVANS v. STATE.**

**8 Div. 953.**

Court of Appeals of Alabama.
June 11, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

193 So. 886

**Richard FACEN v. STATE.**

**8 Div. 841.**

Court of Appeals of Alabama.
Jan. 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

193 So. 886

**Huston FAILS v. STATE.**

**8 Div. 853.**

Court of Appeals of Alabama.
Jan. 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

196 So. 902

**Walter FANN v. STATE.**

**7 Div. 515.**

Court of Appeals of Alabama.
June 4, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.